# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

Plaintiff(s): Shaienne Chasity Love

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Defendant(s): LIV

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 3:26-cv-00030-SLG
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☐ No

RECEIVED
JAN 15 2026
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- **Name:** Shaienne Chasity Love
- **Address:** 3707 W 78th Ave
  - City: Anchorage
  - State: AK
  - Zip Code: 99502
- **County:** Municipality of Anchorage
- **Telephone Number:** 206-518-2593
- **E-Mail Address:** shaienne.love@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- **Name:** LIV
- **Job or Title (if known):** Incorporation
- **Address:** 4441 Collins Ave
  - City: Miami Beach
  - State: FL
  - Zip Code: 33140
- **County:** Miami Beach, Miami Dade County
- **Telephone Number:** 305-674-4680
- **E-Mail Address (if known):** party@livnightclub.com
- [ ] Individual capacity  [ ] Official capacity

**Defendant No. 2**
- **Name:**
- **Job or Title (if known):** Security Guard/Bouncer/
- **Address:** 4441 Collins Ave
  - City: Miami Beach
  - State: FL
  - Zip Code: 33140
- **County:** Miami Beach, Miami Dade County
- **Telephone Number:** 305-674-4680
- **E-Mail Address (if known):**
- [x] Individual capacity  [ ] Official capacity

Defendant No. 3
Name
Job or Title *(if known)* Security/Guard/Bouncer
Address 4441 Collins Ave
Miami Beach, FL 33140
*City* *State* *Zip Code*

County Miami Beach, Miami Dade County
Telephone Number 305-674-4680
E-Mail Address *(if known)*

[X] Individual capacity  [ ] Official capacity

Defendant No. 4
Name
Job or Title *(if known)* Security/Guard/Bouncer
Address 4441 Collins Ave
Miami Beach, FL 33140
*City* *State* *Zip Code*

County Miami Beach, Miami Dade County
Telephone Number 305-674-4680
E-Mail Address *(if known)*

[X] Individual capacity  [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[ ] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Freedom of Speech

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Freedom of Speech

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Because I practiced my freedom of speech on TikTok, Facebook & Instagram about exposing LIV's criminal organization & enterprise, about me being sex trafficked by them, I was stalked, targeted & forced to seek refuge all throughout America with no safe place to live, including shelters.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

LIV (VIP & their basement)
4441 Collins Ave
Miami Beach, FL 33140

B. What date and approximate time did the events giving rise to your claim(s) occur?

May 19th, 2018   12:16AM to 3:36AM

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was raped by 2 black men in my vagina, mouth & anus. The one man paid LIV's staff for date rape drugs to drug myself & a father of 3 children. My mind, body & emotions were manipulated by it. He paid for LIV's staff to carry us downstairs to be brutally raped while unconscious but without eyes open. I seen myself from across the room, me hunched over like an old man being raped by 2 black spirits (the 2 men) I seen the father footings with his eyes open, open but he couldn't move. There were 2 black men guarding the room, one pacing & the other looking away. They were wearing red hankerchiefs, and very dark charcoal suits. We were then carried up/tossed back into pocket LIV's ~~seen the fathers~~ pants belt unbuckled with a sash on his eye. I knew something really bad happened. We were ~~used~~ & discarded like trash. Ashton Ram seen what partially happened in VIP. He invited me there from Tinder

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I sustained injuries to my ~~stete~~ skeletol system, my muscles, neck, body, my mind, ~~& in parts~~ my anal gland, vagina & mouth. ~~& SL~~
I sought chiropractic care, went to emergency rooms & at ~~most~~ least 13 psychiatric hospitalization/hospital stays.
I currently have to take medications for pain & PTSD & to sleep.
My vagina and anus are still damaged from this terrible crime that happened to me.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want/am asking for the court to convict LIU of running a sex trafficking ring organization.
I ~~to~~ need for them to be brought to justice for stalking me, ~~the~~ kidnapping me, threatening my life & breaking into my apartment & attempted breakins into all 3 of my apartments, one right after the other. I have spent thousands of dollars seeking safety, shelter and a piece of mind for the last 7.5 years. they've owned & harrassed me & my life. My life has not been my own since they used my body to sex traffick me. I am seeking an amount of $500,000,000 for stealing my life away from me. I've even experienced a data security breach from them. I've even been locked out of my bank accounts for practicing my freedom of speech. I don't own my social security number, they compromised it. I cant even live anymore in my apartment in seattle without fear of them abducting me again, but forever. I have severe PTSD from them.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/14/2026

Signature of Plaintiff: *Shaienne C. Love*
Printed Name of Plaintiff: Shaienne Chasity Love

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
  City _____ State _____ Zip Code _____
Telephone Number: _____
E-mail Address: _____